# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

RANDY LEE COPELAND                                              PETITIONER
ADC #134820
v.                      Case No. 5:17-cv-00312 JLH-JTK

WENDY KELLEY, Director,
Arkansas Department of Correction                               RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that plaintiff's complaint is DISMISSED with prejudice.

SO ADJUDGED this 13th day of November, 2018.

*[signature: J. Leon Holmes]*
UNITED STATES DISTRICT JUDGE